DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 535P13 | Jennifer Tyll and David Tyll v. Joey Berry | Def's *Pro Se* Motion to Review (COA13-1137) | Denied |
|---|---|---|---|
| 536P00-6 | State v. Terrance L. James | 1. Def's *Pro Se* Motion for NOA (COAP13-598)<br><br>2. Def's *Pro Se* Motion for Averment of Jurisdiction | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed |
| 539P13 | State v. Jamara Washington | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-108) | Denied |
| 541P13 | Mohammed Reza Taheri Azar v. State | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/03/2013** |
| 542P13 | State v. Roosevelt Erick Lincoln | Def's *Pro Se* Motion for PDR (COA03-288) | Dismissed |
| 547A06-2 | State v. Michael Iver Peterson | 1. State's PDR Under N.C.G.S. § 7A-31 (COA12-1047)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 547P13 | State v. Andre Amon Thompson aka Andre Amon Bey | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/10/2013** |